PD-0458-15

TO: Whom it may CONCERN                    4-4-15

My NAME is Elgia Griffin and I am an inmate in TDCJ and my number is 1924366. My REASON for contacting you is to notify the court that I am I am going to continue pro, se for now and to request a (45) day extension in order to complete my (PDR) Petition for Discretionary Review. I have been working on it but my lack of knoledge in the legal field has been a hinderance and I need the extra time. #NO. 09-14-00179-CR The TRIAl cause # A-90746-R

                    Thanks.

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 22 2015
Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS
APR 23 2015
Abel Acosta, Clerk

RECEIVED
APR 17 2015
CAROL ANNE HARLEY
CLERK OF THE COURT
NINTH COURT OF APPEALS